**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**FIRST FAMILY FINANCIAL SERVICES,**
**ET AL.,**                                                                               **PLAINTIFFS,**

**VS.**                                            **CIVIL ACTION NO. 4:02CV210-P**

**MARY SHAFFER,**                                                              **DEFENDANT.**

## FINAL JUDGMENT

This matter comes before the court *sua sponte*. After due consideration of the posture of this case, the court finds as follows, to-wit:

In the related case *Mary Shaffer, et al. v. First Family Financial Services, et. al.*, Cause Number 2:02cv179, this court entered an Order on November 8, 2005 compelling arbitration of the claims of Mary Shaffer against First Family, et al. Therefore, the instant petition to compel arbitration of Mary Shaffer's claims against First Family Financial Services, et al. in 2:02cv179 should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiffs' claims should be **DISMISSED WITH PREJUDICE** against the defendant; therefore, this case is **CLOSED**.

**SO ORDERED** this the 17th day of August, A.D., 2006.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE